IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| FORT GORDON HOUSING, LLC d/b/a BALFOUR BEATTY COMMUNITIES, | * * * * | |
| Plaintiff, | * * | |
| v. | * * | CV 118-188 |
| JOSHUA SNELL, | * * | |
| Defendant. | * * | |

**ORDER**

Before the Court is Plaintiff's notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. 4.) Because Plaintiff filed the notice prior to Defendant filing an answer or a motion for summary judgment, the dismissal is proper.

**IT IS THEREFORE ORDERED** that this matter shall be **DISMISSED WITHOUT PREJUDICE.** The Clerk is directed to **TERMINATE** all other motions, if any, and **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 28th day of November, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
~~SOUTHE~~RN DISTRICT OF GEORGIA